JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON RICHARD DIRKS, an individual;<br><br>    plaintiff,<br><br>vs.<br><br>DEPUTY ROBERT MARTINEZ, an individual; DEPUTY PABLO PARTIDA, an individual; SERGEANT JAMES DURAN, an individual; COUNTY OF LOS ANGELES, and DOES 1 through 10, inclusive<br><br>    defendants. | **Case** CV08-5214-ODW(CTx)<br><br>**JUDGMENT** |

This action came on regularly for trial on April 10, 2012, in Courtroom "11" of the United States District Court, Central District of California, Central Division, the Honorable Otis D. Wright, II, Judge Presiding; the Plaintiff Deon Dirks, appearing by Attorneys Glen T. Jonas, Esq., and Christopher L. Driscoll, Esq. The Defendants Pablo Partida and Robert Martinez, by attorney Thomas Hurrell, Esq.

A jury of 8 persons was regularly impaneled and sworn on April 10, 2012. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with directions to return a verdict on the remaining issues. The jury deliberated and thereafter returned to the court with its verdict consisting of the issues submitted to the jury and the answers given thereto by the jury.

Now therefore, it is ORDERED, ADJUDGED AND DECREED that plaintiff Deon Dirks shall have and recover $5,000,000 jointly and severally from defendants Pablo Partida and Robert Martinez. Deon Dirks shall have and recover the additional amounts of punitive damages of $500,000 against Pablo Partida, and $500,000 against Robert Martinez.

Further, Plaintiff shall recover attorneys' fees and costs and interest in accordance with FRCP Rule 54, Local Rule 54 and 42 U.S.C. §1988, to the extent that entitlement to said attorneys' fees and costs is proven to the Court. Such additional amount shall be entered in the following space after a ruling by the Court: TBD. Attorneys' fees and costs shall be the joint and several liability of Pablo Partida and Robert Martinez above and beyond those damages previously stated.

_____

Following the Court's ruling on interest the Court shall enter the amount of interest due here: Rate of Interest  TBD.   Accrued interest per day from entry of Judgment:  TBD.

DATED: April 24, 2012      _____
                                             HONORABLE OTIS D. WRIGHT, II
                                             UNITED STATES DISTRICT COURT JUDGE