1  **LAW FIRM OF JONAS & DRISCOLL, LLP**
   **555 WEST FIFTH STREET**
2  **THIRTY FIRST FLOOR**
   **LOS ANGELES, CA 90013**
3  **TEL:       (213) 683-2033**
   **FAX:       (213) 996-8569**
4  Christopher L. Driscoll, State Bar #167001

5                                                     **Case Closed**

   Attorney for Plaintiff Deon Richard Dirks
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10
    DEON RICHARD DIRKS,            )     **Case#**CV 08-05214 ODW(CTx)
11  an individual;                  )
                                    )     **SUPERCEDING**
12          plaintiff,              )     **JUDGMENT**
                                    )
13  vs.                             )
                                    )
14                                  )
                                    )
15  DEPUTY ROBERT MARTINEZ, an)
    individual; DEPUTY PABLO        )
16  PARTIDA, an individual;         )
    SERGEANT JAMES DURAN, an        )
17  individual; COUNTY OF LOS       )
    ANGELES,       and DOES 1       )
18  through 10, inclusive           )
                                    )
19                                  )
                                    )
20          defendants.             )
    _____ )
21  //

22

23

24  //

25

26
    _____
27              Stipulation for Superceding Judgment

28                             -1-

This Court has reviewed the Parties' "Stipulation for Superceding Judgment." The Stipulation is approved.

1) The prior judgment entered in this action is hereby VACATED.

2) It is ORDERED, ADJUDGED AND DECREED that Plaintiff DEON DIRKS shall have an recover $3,900,000 jointly and severally from Defendants PABLO PARTIDA and ROBERT MARTINEZ.  DEON DIRKS shall have and recover the additional amounts of punitive damages of $2,500 against Defendant PABLO PARTIDA and $2,500 against Defendant ROBERT MARTINEZ.

3) Defendants shall take all actions necessary to withdraw their appeal of the original judgment.

DATED: October 3, 2012    _____
                           HONORABLE OTIS D. WRIGHT, II
                           UNITED STATES DISTRICT JUDGE